# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

**Motion GRANTED.**

| | |
|---|---|
| UNITED STATE OF AMERICA ) | |
| ) | |
| v. ) | CaMse No. 3:13-00105 |
| ) | Judge Trauger |
| MICHELLE BROWN ) | |

## MOTION TO SUBSTITUTE COUNSEL

The Defendant, MICHELLE BROWN, hereby requests this Honorable Court for substitution of counsel and requests that JACK D. LOWERY be substituted as counsel of record for the Defendant and that DUMAKA SHABAZZ be removed as counsel of record.

**WHEREFORE**, Defendant, MICHELLE BROWN, would respectfully request that JACK D. LOWERY be entered as counsel of record for Defendant, MICHELLE BROWN, in the above styled case pending in this court.

Respectfully submitted,

**LOWERY, LOWERY & CHERRY, PLLC**

/s/ *Jack D. Lowery*
Jack D. Lowery (#19482)
Attorney for Defendant
150 Public Square
Lebanon, Tennessee 37087
(615) 444-7222